ENTERED
01/03/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

---------------------------------------x
In Re:                                  :
                                        :    Case No. 15-25886 (Chapter 7)
EVAN BRIAN HAAS                         :
                                        :
             *Debtor.*                  :
---------------------------------------x
EVAN BRIAN HAAS and MICHAEL SHAHBAZI,    :
                                        :
             *Plaintiffs,*              :    Adv. Pro. No. 16-03175 (DRJ)
                                        :
       v.                               :
                                        :
SLM CORPORATION and NAVIENT SOLUTIONS,   :
INC.,                                   :
                                        :
             *Defendants.*              :
---------------------------------------x

**ORDER TO DISMISS DEFENDANT SLM CORPORATION WITHOUT PREJUDICE**
(Docket No. 68)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, upon the Stipulation of Plaintiffs Evan Brian Haas and Michael Shahbazi and Defendant SLM Corporation in support of an order dismissing Defendant SLM Corporation from this proceeding without prejudice, and upon the record herein and after due deliberation, it is hereby,

ORDERED, DECREED, AND ADJUDGED THAT:

1. Defendant SLM Corporation is dismissed from this proceeding without prejudice; and

2. Defendant SLM Corporation is relieved from appearing at the hearing on Plaintiffs' *Motion to File Second Amended Complaint and to Dismiss SLM Corporation Without Prejudice*, currently scheduled for January 9, 2017.

Signed:  December 30, 2016.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE