

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
01/10/2017

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 15-35886** |
| **EVAN BRIAN HAAS; aka HAAS LEGAL,** | § | **CHAPTER  7** |
| **PLLC** | § | |
| | § | |
| Debtor(s). | § | **DAVID R. JONES** |
| | § | |
| | § | |
| **EVAN BRIAN HAAS** | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| vs. | § | **ADVERSARY NO. 16-03175** |
| | § | |
| **NAVIENT INC, *et al*** | § | |
| | § | |
| Defendant(s). | § | |

## ORDER
### (Docket No. 37)

On January 9, 2017, the Court convened a hearing on Defendant Navient Solutions, Inc.'s Motion to Compel Arbitration and Dismiss or Stay Pending Arbitration.  After considering the evidence, the arguments of counsel and the applicable law and for the reasons stated on the record pursuant to Bankruptcy Rule 7052, it is

**ORDERED THAT**:

1.     The Motion to Compel Arbitration and Dismiss or Stay Pending Arbitration filed by Navient Solutions, Inc. is denied.

**SIGNED: January 10, 2017.**


_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

1 / 1