

ENTERED
01/30/2018

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| EVAN BRIAN HAAS, MICHAEL SHAHBAZI, | § § § § § § § § § § § § § | Chapter 7 |
| Plaintiffs, | | Case No. 15-35586 (DRJ) |
| v. | | Adv. Pro. No. 16-03175 (DRJ) |
| NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION, | | |
| Defendants. | | |

## AMENDED STIPULATED SCHEDULING ORDER

This Amended Stipulated Scheduling Order is made and entered into, as of January 23, 2018, by and among: (1) Evan Brian Haas and Michael Shahbazi (collectively, "Plaintiffs"); (2) Navient Solutions, LLC ("NSL"); and (3) Navient Credit Finance Corporation ("NCFC," and collectively with NSL, the "Defendants").

**WHEREAS,** on March 23, 2017, the Court held a hearing at which it requested that the Plaintiffs and Defendants (collectively, the "Parties") work together to come to an agreed scheduling order;

**WHEREAS,** on May 15, 2017, the Court entered a Stipulated Scheduling order, [Dkt. No. 130], as previously amended on June 20, 2017, [Dkt. No. 134], September 28, 2017, [Dkt. No. 152], and December 4, 2017, [Dkt. No. 177] (collectively, the "Prior Schedule"), and the Parties have since been engaging in written and deposition class certification discovery;

**WHEREAS,** although the Parties have been working to complete discovery as expeditiously as possible, discovery cannot be completed on the timeline initially contemplated, and the Parties accordingly stipulate as to the further Amended Schedule set forth below;

**THEREFORE,** the Court hereby **ORDERS** the following Amended Schedule:

1. February 2, 2018 – Deadline for report of any experts for Plaintiffs on class certification issues.

2. February 27, 2018 – The parties will participate in scheduled mediation.

3. In the event that mediation does not resolve all of the claims at issue in the adversary proceeding, the following deadlines apply:

   a. February 28, 2018 – Deadline for disclosure of any experts for Defendants on class certification issues.

   b. March 5, 2018 – The Court will hold a hearing on Defendants' Motion for Summary Judgment, [Dkt. Nos. 162, 163], at 2:30 p.m. prevailing Central Time.

   c. March 15, 2018 – Deadline for report of any experts for Defendants on class certification issues.

   d. March 30, 2018 – Deadline to complete discovery on class certification issues;

   e. March 30, 2018 – Deadline for Plaintiffs to file Motion to Certify Class;

   f. April 19, 2018 – The Court to hold a scheduling conference; at 2:30 p.m.

   g. April 27, 2018 – Defendants to file Opposition to Motion to Certify Class;

   h. May 11, 2018 – Plaintiffs to file Reply in support of Motion to Certify Class;

   i. May 11, 2018 – Defendants to file Reply in support of Motion to Dismiss [Dkt. No. 101].

2

4. All deadlines set forth herein shall be calculated in accordance with Fed. R. Bankr. P. 9006.

5. This Amended Schedule may be modified by stipulation of the Parties (provided the Parties confirm in advance the Court's availability for any proposed rescheduled hearing dates if necessary), or for good cause shown upon written motion filed individually by any Party.

6. Except as set forth above or otherwise agreed by the Parties, the deadlines set forth in the Prior Schedule remain in full force and effect.

7. Entry of this Amended Schedule is without prejudice to any of the Parties' respective rights to seek relief from the Court on any matter, including, without limitation, in regard to discovery or scheduling matters.

**SO ORDERED**.

Signed: January 29, 2018.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM AND SUBSTANCE
AND RESPECTFULLY SUBMITTED BY:**

*/s/ Jason W. Burge*

Jason W. Burge (*pro hac vice*)
SBN (LA) 30420
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
jburge@fishmanhaygood.com

Kathryn J. Johnson (*pro hac vice*)
SBN (LA) 36513
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
kjohnson@fishmanhaygood.com

Austin Smith (*pro hac vice*)
SBN (NY) 5377254
SMITH LAW GROUP
3 Mitchell Place
New York, New York 10017
(917) 992-2121
Austin@acsmithlawgroup.com

Lynn E. Swanson (*pro hac vice*)
SBN (LA) 22650
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
(504) 523-2500; (504) 523-2508
Lswanson@jonesswanson.com

Joshua B. Kons (*pro hac vice*)
SBN (IL) 6304853
Law Offices of Joshua B. Kons, LLC
939 West North Avenue, Suite 750
Chicago, IL 60642
(312) 757-2272
joshuakons@konslaw.com

Adam Corral
SBN (TX) 24080404
Corral Tran Singh, LLP
440 Louisiana St, Suite 2450
Houston, TX 77002
(832) 975-7300; (832) 975-7301 fax
Adam.corral@ctsattorneys.com

Susan Tran
SBN (TX) 24075648
Corral Tran Singh, LLP
440 Louisiana St, Suite 2450
Houston, TX 77002
(832) 975-7300; (832) 975-7301 fax
susan.tran@ctsattorneys.com

Brendon Singh
SBN (TX) 2407646
Corral Tran Singh, LLP
440 Louisiana St, Suite 2450
Houston, TX 77002
(832) 975-7300; (832) 975-7301 fax
brendon.singh@ctsattorneys.com

Marc Douglas Myers
SBN (TX) 00797133
Ross, Banks, May, Cron & Cavin, P.C.
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com

*Counsel to Plaintiffs Evan Brian Haas
and Michael Shahbazi, individually,
and on behalf of all other similarly situated
individuals*

**AGREED AS TO FORM AND SUBSTANCE**
**AND RESPECTFULLY SUBMITTED BY:**

        */s/ Thomas M. Farrell*
        Thomas M. Farrell (TXB 06839250)
        Attorney-in-Charge
        McGuireWoods LLP
        JPMorgan Chase Tower
        600 Travis Street
        Suite 7500
        Houston, Texas 77002
        Telephone: 713.571.9191
        Facsimile: 713.571.9652
        E-mail: tfarrell@mcguirewoods.com

        —and—

        Dion W. Hayes (admitted *pro hac vice*)
        K. Elizabeth Sieg (admitted *pro hac vice*)
        Kyle R. Hosmer (admitted *pro hac vice*)
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, Virginia 23219
        Telephone: 804.775.1000
        Facsimile: 804.698.2255
        E-mail:dhayes@mcguirewoods.com
          bsieg@mcguirewoods.com
          khosmer@mcguirewoods.com

        *Counsel to Defendants*
        *Navient Solutions, LLC and*
        *Navient Credit Finance Corporation*