**EXHIBIT A**

| | |
|---|---|
| **From:** | Farrell, Thomas M. |
| **To:** | Burge, Jason W.; Sieg, K. Elizabeth; Hosmer, Kyle R. |
| **Cc:** | Lynn Swanson; Austin Smith (aconnellsmith@gmail.com); Johnson, Kaki; Hamilton, Rachel |
| **Subject:** | RE: Call-in for 3:00 call about privilege |
| **Date:** | Friday, March 09, 2018 4:38:17 PM |

We propose to get you a revised privilege log by Tuesday, March 20 (which will give me time to have input into it once I get back from vacation). If you still want to get before the court after reviewing the revised log, we propose that the issue be carved out of the stay – in other words, that you be allowed to file a non-emergency motion on the privilege log, notwithstanding that the other aspects of the case have been stayed.

**From:** Burge, Jason W. [mailto:jburge@fishmanhaygood.com]
**Sent:** Friday, March 09, 2018 2:40 PM
**To:** Farrell, Thomas M. <TFarrell@mcguirewoods.com>; Sieg, K. Elizabeth <bsieg@mcguirewoods.com>; Hosmer, Kyle R. <KHosmer@mcguirewoods.com>
**Cc:** Lynn Swanson <LSwanson@jonesswanson.com>; Austin Smith (aconnellsmith@gmail.com) <aconnellsmith@gmail.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Hamilton, Rachel <rhamilton@fishmanhaygood.com>
**Subject:** Call-in for 3:00 call about privilege

Tom and Beth,

We can use the attached number for our call at 3:00 CST.

**Free Conference Call**
Conference Dial-in Number: (641) 715-3680
Host Access Code: 397826*
Participant Access Code: 397826#

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*