# EXHIBIT C

**Evan Brian Haas et al. v. Navient Solutions, LLC, et al.**
**Privilege Log Regardging Plaintiffs' Request for Production 10(a)**
**March 23, 2018 Confidential**

| Production Bates Begin | Production Bates End | Date | Author | To | CC | Privilege Type | Document Description |
|---|---|---|---|---|---|---|---|
| NAV200000001 | NAV200000001 | 10/4/2007 | Lavet, Robert (Senior Vice President and General Counsel) | Albertini, Dana (Senior Vice President and Associate General Counsel) | | Attorney Client; Work Product | Email among in-house counsel prepared in connection with litigation discussing whether to settle adversary proceeding, promissory note language, potential revisions to loan program and global litigation strategies and containing legal advice on same. |
| NAV200000002 | NAV200000002 | 1/18/2007 | Austill, Kim (Policy Project Manager) | Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary); Albertini, Dana (Senior Vice President and Associate General Counsel) | Eckerman, Cathy (Senior Director, Ethics and Code of Conduct Officer); Fierstein, Barry (Executive Vice President, Sales & Marketing) | Attorney Client | Email to in-house counsel requesting legal advice about (1) the non-dischargeability of certain student loan programs under 11 U.S.C. § 523(a)(8)(A)(i) and (2) the non-dischargeability of consolidation loans for purposes of updating Private Education Loan Servicing Guide. |
| NAV200000002.001 | NAV200000002.002 | 1/18/2007 | Austill, Kim (Policy Project Manager) | | | Attorney Client | Word document prepared for the purpose of obtaining legal advice with in-line questions to in-house counsel attached to email to in-house counsel (i.e., Bates No. NAV200000002) requesting legal advice about (1) the non-dischargeability of certain student loan programs under 11 U.S.C. § 523(a)(8)(A)(i) and (2) the non-dischargeability of consolidation loans for purposes of updating Private Education Loan Servicing Guide. |
| NAV200000003 | NAV200000003 | 2/22/2005 | Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary) | Lavet, Robert (Senior Vice President and General Counsel) | O'Connell, Robert (Counsel, Credit and Collections) | Attorney Client | Email among in-house counsel discussing the non-dischargeability of "qualified education loans" in proposed bankruptcy bill (i.e., BAPCPA), to be codified at 11 U.S.C. § 523(a)(8)(B), and definition of "qualified education expenses" and containing legal opinions on same. |
| NAV200000004 | NAV200000007 | 2/27/2006 | Thomas, Prince (Outside Counsel) | Shaffer, Ronald (Outside Counsel) | | Attorney Client | Memorandum from outside counsel summarizing discussions with in-house counsel regarding the dischargeability of consolidation loans and loans to half-time students as "qualified education loans" under 11 U.S.C. § 523(a)(8)(B) and overview of Supreme Court case law holdings and containing legal opinions on same. |
| NAV200000008 | NAV200000009 | 3/9/2005 | Goffman, Barbara (Managing Director and Associate General Counsel) | Keler, Marianne (Executive Vice President, Corporate Strategy, Consumer Lending, and Administration) | Lavet, Robert (Senior Vice President and General Counsel); Wachtel, Andrew (Senior Vice President and Deputy General Counsel); Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary) | Attorney Client | Memorandum from in-house counsel summarizing proposed bankruptcy bill (i.e., BAPCPA) and non-dischargeability of "qualified education loans" under 11 U.S.C. § 523(a)(8)(B), suggesting amendments to promissory note language re same, and providing legal opinions on same. |

**Evan Brian Haas et al. v. Navient Solutions, LLC, et al.**
**Privilege Log Regardging Plaintiffs' Request for Production 10(a)**
**March 23, 2018 Confidential**

| Production Bates Begin | Production Bates End | Date | Author | To | CC | Privilege Type | Document Description |
|---|---|---|---|---|---|---|---|
| NAV200000010 | NAV200000010 | 1/18/2007 | Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary) | Austill, Kim (Policy Project Manager); Albertini, Dana (Senior Vice President and Associate General Counsel) | Eckerman, Cathy (Senior Director, Ethics and Code of Conduct Officer); Fierstein, Barry (Executive Vice President, Sales & Marketing) | Attorney Client | Email from in-house counsel in response to request for legal advice about (1) the non-dischargeability of certain student loan programs under 11 U.S.C. § 523(a)(8)(A)(i) and (2) the non-dischargeability of consolidation loans for purposes of updating Private Education Loan Servicing Guide.. |
| NAV200000011 | NAV200000011 | 12/14/2007 | Kurtz, Karen (Sales Proposal Management Director) | Albertini, Dana (Senior Vice President and Associate General Counsel); Wachtel, Andrew (Senior Vice President and Deputy General Counsel) | Kirkmeyer, Mike (Director, Compliance Governance and Regulatory Monitoring) | Attorney Client; Work Product | Email to in-house counsel prepared in connection with litigation soliciting legal advice about the dischargeability of private loans and containing legal advice on same. |
| NAV200000049 | NAV200000049 | 1/18/2007 | Albertini, Dana (Senior Vice President and Associate General Counsel) | Austill, Kim (Policy Project Manager); Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary) | Eckerman, Cathy (Senior Director, Ethics and Code of Conduct Officer); Fierstein, Barry (Executive Vice President, Sales & Marketing) | Attorney Client | Email from in-house counsel responding to request for legal advice about the scope and about (1) the non-dischargeability of certain student loan programs under 11 U.S.C. § 523(a)(8)(A)(i) and (2) the non-dischargeability of consolidation loans for purposes of updating Private Education Loan Servicing Guide. |
| NAV200000050 | NAV200000052 | 2/26/2007 | Dreyer, Kevin (Managing Director and Associate General Counsel) | Austill, Kim (Policy Project Manager) | Smith, Brent (Director, Bankruptcy Litigation); Eckerman, Cathy (Senior Director, Ethics and Code of Conduct Officer); Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary); Albertini, Dana (Senior Vice President and Associate General Counsel)s; Olson, Ken (Senior Director, Loan Product Management); Fierstein, Barry (Executive Vice President, Sales & Marketing); Maurer, Doug | Attorney Client | Email chain from in-house counsel circulating for discussion a memorandum summarizing historical amendments to 11 U.S.C. § 523(a)(8) and the non-dischargeability of Private Consolidation Loans and certain post-graduate loans as "qualified education loans" under 11 U.S.C. § 523(a)(8)(B) and providing legal opinion on same. |
| NAV200000053 | NAV200000054 | 2/26/2007 | Dreyer, Kevin (Managing Director and Associate General Counsel) | Austill, Kim (Policy Project Manager) | | Attorney Client | Memorandum from in-house counsel summarizing historical amendments to 11 U.S.C. § 523(a)(8) and the non-dischargeability of Private Consolidation Loans and certain post-graduate loans as "qualified education loans" under 11 U.S.C. § 523(a)(8)(B) and providing legal opinion on same. |
| NAV200000055 | NAV200000055 | 1/18/2007 | Austill, Kim (Policy Project Manager) | Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary); Albertini, Dana (Senior Vice President and Associate General Counsel) | Eckerman, Cathy (Senior Director, Ethics and Code of Conduct Officer); Fierstein, Barry (Executive Vice President, Sales & Marketing) | Attorney Client | Email to in-house counsel requesting legal advice about about (1) the non-dischargeability of certain student loan programs under 11 U.S.C. § 523(a)(8)(A)(i) and (2) the non-dischargeability of consolidation loans for purposes of updating Private Education Loan Servicing Guide. |

**Evan Brian Haas et al. v. Navient Solutions, LLC, et al.**

**Privilege Log Regardging Plaintiffs' Request for Production 10(a)**

**March 23, 2018 Confidential**

| Production Bates Begin | Production Bates End | Date | Author | To | CC | Privilege Type | Document Description |
|---|---|---|---|---|---|---|---|
| NAV200000056 | NAV200000057 | 2/23/2007 | Lester, Jonathan (Senior Market Analyst) | Albertini, Dana (Senior Vice President and Associate General Counsel); Fierstein, Barry (Executive Vice President, Sales & Marketing) | Donahue, Renee; Eckerman, Cathy (Senior Director, Ethics and Code of Conduct Officer); Austill, Kim (Policy Project Manager); Shutrump, Colleen (Policy Analyst); Kahiu, Carmen (Senior Business Engineer); Hogan, Mary (Manager, Loan Servicing); Davis, Stephanie (Collections); Wisdom, Esther (Director, Business Solutions); Olson, Ken (Senior Director, Loan Product Management); Gralak, Michele (Director, Financial Education) | Attorney Client | Email chain with in-house counsel that contains (1) requests for legal advice explaining the automatic stay, (2) requests for how the automatic stay affects the capitalization of interest on a loan, and (3) legal opinion and advice on the automatic stay, how the automatic stay affects the capitalization of interest on a loan, and attorney work product. |
| NAV200000058 | NAV200000058 | 11/2/2006 | Black, Gary (Director and Senior Vice President--Sales) | Yurko, Viktoriya (Market Segment Manager); Albertini, Dana (Senior Vice President and Associate General Counsel) | Austill, Kim (Policy Project Manager); Smith, Mercy (Senior Account Executive); Gralak, Michele (Director, Financial Education); Fierstein, Barry (Executive Vice President, Sales & Marketing) | Attorney Client | Email chain with, addressed to, and responding to inquiry from in-house counsel regarding Bar Study Loan application package, dischargeability of Residency and Relocation Loan under pre-BAPCPA law, and prior attorney work product for the purpose of providing legal advice and containing legal opinions on same. |
| NAV200000059 | NAV200000059 | 1/30/2007 | Austill, Kim (Policy Project Manager) | Austill, Kim (Policy Project Manager); Dreyer, Kevin (Managing Director and Associate General Counsel) ; Kirkmeyer, Mike (Director, Compliance, Governance, & Regulatory Monitoring); Smith, Brent (Director, Bankruptcy Litigation); Peace, Kim (Senior Vice President, Litigation); Eckerman, Cathy (Senior Director, Ethics and Code of Conduct Officer); Austill, Kim (Policy Project Manager); Shutrump, Colleen (Policy Analyst); Hogan, Mary (Manager, Loan Servicing); Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary); Albertini, Dana (Senior Vice President and Associate General Counsel); Olson, Ken (Senior Director, Loan Product Management); Gralak, Michele (Director, Financial Education); Maurer, Doug (Vice President, Credit and Loan Portfolio Analysis) | | Attorney Client | Email scheduling call with in-house counsel, which outlines items on which legal advice will be sought, including determining petition dates, loan disbursements to borrowers who file for bankruptcy, receipt of loan payments, and dischargeability, for purposes of the updating Private Education Loan Servicing Guide. |

**Evan Brian Haas et al. v. Navient Solutions, LLC, et al.**
**Privilege Log Regardging Plaintiffs' Request for Production 10(a)**
**March 23, 2018 Confidential**

| Production Bates Begin | Production Bates End | Date | Author | To | CC | Privilege Type | Document Description |
|---|---|---|---|---|---|---|---|
| NAV200000060 | NAV200000081 | 1/22/2007 | Austill, Kim (Policy Project Manager) | | | Attorney Client | Attachment to email scheduling call with in-house counsel (i.e., NAV2000000059), which is a draft document that includes in-line questions to counsel, especially with respect to attorney work product regarding non-dischargeability under 11 U.S.C. § 523(a)(8)(B). |
| NAV200000095 | NAV200000109 | 4/25/2006 | Lavet, Robert (Senior Vice President and General Counsel); Sheehan, Mike (Project Manager and Counsel); Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary) | | | Attorney Client; Work Product | Powerpoint presentation by in-house counsel prepared in anticipation of and in connection with litigation providing legal advice and containing legal opinions on various legal issues, including dischargeability. |
| NAV200000160 | NAV200000160 | 2/22/2005 | Rakatansky, Carol (Senior Vice President, General Counsel, and Corporate Secretary) | Lavet, Robert (Senior Vice President and General Counsel) | O'Connell, Robert (Counsel, Credit and Collections) | Attorney Client | Memorandum among in-house counsel regarding the non-dischargeability of "qualified education loans" in proposed bankruptcy legislation (i.e., BAPCPA) and historical bankruptcy legislation and containing legal opinions on same. |
| NAV200000161 | NAV200000163 | Post-BAPCPA (believed to be authored between October 17, 2005 and late 2008) | Greco, Pete (Vice President and Associate General Counsel) | | | Attorney Client; Work Product | Supplemental memorandum from in-house counsel prepared in connection with litigation regarding litigation risks and undue hardship standard, qualified education loans, and related litigation questions and containing legal opinions on solutions to same. |
| NAV200000164 | NAV200000165 | Post-BAPCPA (believed to be authored between October 17, 2005 and late 2008) | Greco, Pete (Vice President and Associate General Counsel) | | | Attorney Client; Work Product | Memorandum among in-house counsel prepared in connection with litigation identifying litigation risks associated with Tuition Answer Loans and Signature Student Loans and containing legal opinion on same. |

**Evan Brian Haas et al. v. Navient Solutions, LLC, et al.**
**Privilege Log Regardging Plaintiffs' Request for Production 10(a)**
**March 23, 2018 Confidential**

| Production Bates Begin | Production Bates End | Date | Author | To | CC | Privilege Type | Document Description |
|---|---|---|---|---|---|---|---|
| NAV200000166 | NAV200000167 | 6/12/2007 | Lavet, Robert (Senior Vice President and General Counsel) | Amani, Barbara (Managing Director, Credit and Risk Management); Bronfman, Marcos (Vice President, Corporate Finance Analysis); Ducich, Sarah (Senior Vice President, Public Policy and Government Relations); Greco, Pete (Vice President and Associate General Counsel); Lavin, Jack (Executive Vice PResident and Chief Executive Officer, APG Collection Services); Matteucci, Raymond (Vice President and President, SLM Financial); Meyer, Paul (Senior Vice President, Corporate Development); McBride, Brandon (Vice President, Private Credit Collection Strategies); Meck, Rob (Senior Vice President, President, and Chief Operating Officer, APG Collection Services) | | Attorney Client; Work Product | Email among in-house counsel regarding historical bankruptcy laws, proposed bankruptcy legislation, and anticipated litigation and containing legal advice prepared in anticipation of same. |
| NAV200000168 | NAV200000168 | 5/17/2007 | Lyon, Kris (Vice President, Arrow Operations) | Smith, Brent (Director, Bankruptcy Litigation); Greco, Pete (Vice President and Associate General Counsel); Lavet, Robert (Senior Vice President and General Counsel) | | Attorney Client | Email reponding to request from in-house counsel regarding research for proposed amendments to the Bankruptcy Code and litigation filed since April 2005 and containing legal advice on same for purposes of legal advice, expected work product, and further attorney-client communications. |
| NAV200000335 | NAV200000335 | 2/16/2007 | Olson, Ken (Senior Director, Loan Product Management) | Olson, Ken (Senior Director, Loan Product Management); Lester, Jonathan (Senior Market Analyst); Morgan, Jason (Loan Processor, Product Manager) | | Attorney Client | Email concerning request for legal advice regarding the dischargeability of student loans in bankruptcy for purposes of updating the Private Education Loan Servicing Guide. |
| NAV200000336 | NAV200000336 | 2/16/2007 | Olson, Ken (Senior Director, Loan Product Management) | | | Attorney Client | Attachment to email concerning request for legal advice for purposes of updating Private Education Loan Servicing Guide (i.e. NAV200000335), which is a draft document with in-line questions to in-house counsel for which legal advice was sought. |
| NAV200000337 | NAV200000338 | 12/31/2008 | Walter, Mike (Vice President, APG Collection Services) | Walter, Mike (Vice President, APG Collection Services) | | Attorney Client | Email to self forwarding email chain that summarizes, contains, and reflects legal advice on charge-off policy as applied to accounts affected by bankruptcy and death. |