Case 16-03175    Document 210-4    Filed in TXSB on 03/23/18    Page 1 of 2

**E<span>XHIBIT</span> D**

## Sieg, K. Elizabeth

| | |
|---|---|
| **From:** | Burge, Jason W. <jburge@fishmanhaygood.com> |
| **Sent:** | Friday, November 03, 2017 3:47 PM |
| **To:** | Farrell, Thomas M.; Sieg, K. Elizabeth |
| **Cc:** | Lynn Swanson; Austin Smith (aconnellsmith@gmail.com); Joshua Kons (joshuakons@konslaw.com); Tad Bartlett; Johnson, Kaki |
| **Subject:** | Proposal on Motion to Compel |

Tom and Beth,

Following up on my call with Tom, we are prepared to pass on a hearing for the motion to compel if:

1. Navient produces all documents responsive to RFP 10 (including all policies relating to collections) by Friday, November 10, and certify that they have completed production responsive to our May RFPs by that day.
2. Although we believe these documents were contemplated by the prior requests, Navient agrees to respond to the following RFP by November 10:
    RFP 10(A).    Please produce all documents relating to the creation or confection of any compliance manuals, training materials, or other internal documentation produced in response to RFP 10, as well as any internal analyses justifying or providing a business rationale for these materials.
3. Navient agrees to our most recent scheduling proposal, contained in my letter of November 1, 2017, and agrees to have a status conference with the Court in connection with its submission.
4. Navient agrees that within 30 days of their production of the policies relating to collections, Plaintiffs can submit a proposed expert on collections.

Please indicate if these conditions are acceptable.

Cordially,

Jason

**Jason W. Burge**

jburge@fishmanhaygood.com

**Fishman**Haygood **LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

d: 504.586.5241   f: 504.586.5250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.