## <u>EXHIBIT E</u>

| | |
|---|---|
| **From:** | Lynn Swanson |
| **To:** | Farrell, Thomas M.; Burge, Jason W.; Sieg, K. Elizabeth; Hosmer, Kyle R. |
| **Cc:** | Austin Smith (aconnellsmith@gmail.com); Johnson, Kaki; Hamilton, Rachel; Lindsay Reeves; "Joshua Kons"; Tad Bartlett; Emma Elizabeth Daschbach; Cheryl Berner; Bryan Doyle; George Carpinello; "Adam Shaw"; Robert Tietjen; "Marc Myers (mmyers@rossbanks.com)"; "Adam Corral" |
| **Subject:** | RE: Call-in for 3:00 call about privilege |
| **Date:** | Sunday, March 11, 2018 9:11:54 AM |
| **Attachments:** | image001.png |

Thank you , Tom. March 20th is too distant in time to wait for a further description of a subset of 25 documents you have logged for privilege. These issues have been outstanding for a very long time and we have been very patient. We will contact Mr. Alonzo per Judge Jones' advice, or file our motion this Wednesday, March 14, if these issues remain unresolved.

Have a good remainder of your weekend,

**Lynn E. Swanson**
**Attorney at Law**



601 Poydras Street, Suite 2655 . New Orleans, Louisiana  70130 . Telephone: 504.523.2500 .
Facsimile: 504.523.2508 . lswanson@jonesswanson.com . jonesswanson.com

CONFIDENTIALITY NOTICE: This e-mail transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (504) 523-2500 or by return e-mail to arrange for return of the information or destruction of the same. Thank you.

**From:** Farrell, Thomas M. [mailto:TFarrell@mcguirewoods.com]
**Sent:** Friday, March 9, 2018 3:38 PM
**To:** Burge, Jason W. <jburge@fishmanhaygood.com>; Sieg, K. Elizabeth <bsieg@mcguirewoods.com>; Hosmer, Kyle R. <KHosmer@mcguirewoods.com>
**Cc:** Lynn Swanson <LSwanson@jonesswanson.com>; Austin Smith (aconnellsmith@gmail.com) <aconnellsmith@gmail.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Hamilton, Rachel <rhamilton@fishmanhaygood.com>
**Subject:** RE: Call-in for 3:00 call about privilege

We propose to get you a revised privilege log by Tuesday, March 20  (which will give me time to have input into it once I get back from vacation).   If you still want to get before the court after reviewing the revised log, we propose that the issue be carved out of the stay – in other words, that you be allowed to file a non-emergency motion on the privilege log, notwithstanding that the other aspects of the case have been stayed.

**From:** Burge, Jason W. [mailto:jburge@fishmanhaygood.com]
**Sent:** Friday, March 09, 2018 2:40 PM
**To:** Farrell, Thomas M. <TFarrell@mcguirewoods.com>; Sieg, K. Elizabeth
<bsieg@mcguirewoods.com>; Hosmer, Kyle R. <KHosmer@mcguirewoods.com>
**Cc:** Lynn Swanson <LSwanson@jonesswanson.com>; Austin Smith (aconnellsmith@gmail.com)
<aconnellsmith@gmail.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Hamilton, Rachel
<rhamilton@fishmanhaygood.com>
**Subject:** Call-in for 3:00 call about privilege

Tom and Beth,

We can use the attached number for our call at 3:00 CST.

**Free Conference Call**
Conference Dial-in Number: (641) 715-3680
Host Access Code: 397826*
Participant Access Code: 397826#

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*