

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/26/2018

| | |
|---|---|
| *In re*:<br><br>**EVAN BRIAN HAAS,**<br><br>　　　　Debtor. | **Chapter 7**<br><br>**Case No. 15–35886 (DRJ)** |
| **EVAN BRIAN CROCKER, MICHAEL SHAHBAZI, WENDY L. LANDES, and RAEGENA SEITZ-MOULDS,** on behalf of themselves and all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**NAVIENT SOLUTIONS, LLC and NAVIENT CREDIT FINANCE CORPORATION,**<br><br>　　　　Defendants. | **Adv. Pro. No. 16–03175 (DRJ)** |

### THIRD AMENDED STIPULATED SCHEDULING ORDER

This Third Amended Stipulated Scheduling Order is made and entered into, as of March 21, 2018, by and among: (1) Evan Brian Crocker (f/k/a Evan Brian Haas), Michael Shahbazi, Wendy L. Landes, and Raegena Seitz-Moulds on behalf of themselves and all those similarly situated (collectively, "Plaintiffs"); (2) Navient Solutions, LLC ("NSL"); and (3) Navient Credit Finance Corporation ("NCFC," and collectively with NSL, the "Defendants").

**WHEREAS,** on March 5, 2018, the Court held a hearing on Defendants' Motion for Summary Judgment, Dkt. Nos. 162, 163; and

**WHEREAS,** the Court has taken Defendants' Motion for Summary Judgment under advisement;

**THEREFORE,** the Court hereby **ORDERS** the following Amended Schedule:

1. All unexpired deadlines (as of March 5, 2018) set forth in the Federal Rules of Bankruptcy Procedure, this Court's Local Rules, and any Court order, including the Amended Stipulated Scheduling Order, Dkt. No. 188, are hereby stayed, effective as of March 5, 2018, pending further Court order, including, without limitation, the deadline to answer or otherwise respond to the Third Amended Complaint, Dkt. No. 194.

2. Except as set forth in paragraph 3 below, all discovery in this matter is stayed pending further Court order.

3. The stay imposed by this Third Amended Stipulated Scheduling Order shall not limit: (a) Defendants' right to issue written discovery on Wendy L. Landes and Raegena Seitz-Moulds; (b) Defendants' right to depose Plaintiffs on class-certification issues (which shall be scheduled on mutually agreeable dates after all Plaintiffs have completed their responses to Defendants' written discovery); and (c) the Parties' rights to seek relief from the Court in regard to (i) unresolved discovery issues previously identified by the Plaintiffs in meet-and-confer discussions among the Parties or (ii) Defendants' discovery requests to and depositions of the Plaintiffs.

4. With regard to the issues identified in Paragraph 3, Defendants will serve all discovery requests on Plaintiffs by April 1, 2018, Plaintiffs will respond by April 30, 2018, and Defendants will depose the Plaintiffs by May 31, 2018.

5. This Third Amended Schedule may be modified by further Court order or stipulation of the Parties (provided the Parties confirm in advance the Court's availability for any proposed hearing dates if necessary) or for good cause shown upon written motion filed individually by any Party.

**SO ORDERED**.

Signed: March 26, 2018.

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

**AGREED AS TO FORM AND SUBSTANCE
AND RESPECTFULLY SUBMITTED BY:**

*/s/ Jason W. Burge*
Jason W. Burge (*pro hac vice*)
SBN (LA) 30420
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
jburge@fishmanhaygood.com

Kathryn J. Johnson (*pro hac vice*)
SBN (LA) 36513
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
kjohnson@fishmanhaygood.com

Austin Smith (*pro hac vice*)
SBN (NY) 5377254
SMITH LAW GROUP
3 Mitchell Place
New York, New York 10017
(917) 992-2121
Austin@acsmithlawgroup.com

Lynn E. Swanson (*pro hac vice*)
SBN (LA) 22650
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
(504) 523-2500; (504) 523-2508
Lswanson@jonesswanson.com

Joshua B. Kons (*pro hac vice*)
SBN (IL) 6304853
Law Offices of Joshua B. Kons, LLC
939 West North Avenue, Suite 750
Chicago, IL 60642
(312) 757-2272
joshuakons@konslaw.com

Adam Corral
SBN (TX) 24080404
Corral Tran Singh, LLP
440 Louisiana St, Suite 2450
Houston, TX 77002
(832) 975-7300; (832) 975-7301 fax
Adam.corral@ctsattorneys.com

Susan Tran
SBN (TX) 24075648
Corral Tran Singh, LLP
440 Louisiana St, Suite 2450
Houston, TX 77002
(832) 975-7300; (832) 975-7301 fax
susan.tran@ctsattorneys.com

Brendon Singh
SBN (TX) 2407646
Corral Tran Singh, LLP
440 Louisiana St, Suite 2450
Houston, TX 77002
(832) 975-7300; (832) 975-7301 fax
brendon.singh@ctsattorneys.com

Marc Douglas Myers
SBN (TX) 00797133
Ross, Banks, May, Cron & Cavin, P.C.
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com

*Counsel to Plaintiffs Evan Brian Crocker,*
*Michael Shahbazi, Wendy L. Landes, and*
*Raegena Seitz-Moulds, individually,*
*and on behalf of all other similarly situated individuals.*

**AGREED AS TO FORM AND SUBSTANCE
AND RESPECTFULLY SUBMITTED BY:**

*/s/ Thomas M. Farrell*
Thomas M. Farrell (TXB 06839250)
Attorney-in-Charge
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, Texas 77002
Telephone:     713.571.9191
Facsimile:       713.571.9652
E-mail:           tfarrell@mcguirewoods.com

—and—

Dion W. Hayes (admitted *pro hac vice*)
K. Elizabeth Sieg (admitted *pro hac vice*)
Kyle R. Hosmer (admitted *pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone:     804.775.1000
Facsimile:       804.698.2255
E-mail:           dhayes@mcguirewoods.com
                       bsieg@mcguirewoods.com
                       khosmer@mcguirewoods.com

*Counsel to Defendants
Navient Solutions, LLC and
Navient Credit Finance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018 I filed the foregoing document via CM/ECF, which will send notice to all registered users and that I served the foregoing document via email on counsel for Plaintiffs and interim class counsel, Jason Burge.

*/s/ Thomas M. Farrell*