IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re*:<br><br>EVAN BRIAN CROCKER, a/k/a<br>CROCKER LEGAL, PLLC<br><br>     Debtor. | Chapter 7<br><br>No. 15–35886 (DRJ) |
| EVAN BRIAN CROCKER, MICHAEL SHAHBAZI, WENDY L. LANDES, and RAEGENA SEITZ-MOULDS, on behalf of themselves and all those similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC and<br>NAVIENT CREDIT FINANCE CORPORATION,<br><br>     Defendants. | A.P. No. 16–03175 (DRJ) |

**STATEMENT OF ISSUES AND DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

(R‍ELATES TO D‍KT. N‍OS. 215, 216, 217, 220)

Navient Solutions, LLC ("NSL") and Navient Credit Finance Corporation ("NCFC"), through the undersigned counsel pursuant to Federal Rule of Bankruptcy Procedure 8009 and Federal Rules of Appellate Procedure 6, provide the following statement of issues and designation of items to be included in the record on appeal.  *See* Dkt. Nos. 215, 216, 217, 220.

**I.     S‍TATEMENT OF I‍SSUES ON A‍PPEAL**

NSL and NCFC intend to present the following issues on appeal:

1. Did the bankruptcy court err by denying NSL's and NCFC's motion for summary judgment and concluding (a) that it has jurisdiction to interpret and enforce discharge orders entered by courts in judicial districts other than the Southern District of Texas and (b) that private student loans are not excepted from discharge as "obligations to repay funds received as educational benefits" under section 523(a)(8)(A)(ii) of the Bankruptcy Code?

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

NSL and NCFC designate the following items (including, without limitation, any and all exhibits, attachments, appendices, and other similar additions to such items) to be included in the record on appeal:

| Docket Number | Date of Filing | Document Name |
|---|---|---|
| 1 | August 5, 2016 | Complaint for Determination of Discharge, Declaratory Judgment Contempt, and Application for Temporary and Preliminary Injunctive Relief |
| 4 | August 5, 2016 | Temporary Restraining Order |
| 13 | August 18, 2016 | Agreed Order |
| 15 | August 26, 2016 | Plaintiffs' First Amended Complaint |
| 19 | September 26, 2016 | Unopposed Joint Motion to Extend Time to Respond to Plaintiffs' First Amended Complaint |
| 32 | October 14, 2016 | Stipulation to Extend Defendants' Time to Respond to Plaintiffs' First Amended Complaint |
| 36 | October 31, 2016 | Stipulation to Further Extend SLM Corporation's Time to Respond to Plaintiffs' First Amended Complaint |
| 37 | October 31, 2016 | Defendant Navient Solutions, Inc.'s[1] Motion to Compel Arbitration and Dismiss or Stay Pending Arbitration |
| 43 | November 14, 2016 | Plaintiffs' Motion to File Second Amended Complaint and to Dismiss SLM Corporation Without Prejudice |
| 50 | November 21, 2016 | Memorandum in Opposition to Motion to Compel Arbitration and Dismiss or Stay Pending Arbitration by Defendant Navient Solutions, Inc. |

---

[1] Effective as of January 31, 2017, Navient Solutions, Inc. converted to a Delaware limited liability company and changed its name to Navient Solutions, LLC.  Dkt. No. 97.

| **Docket Number** | **Date of Filing** | **Document Name** |
|---|---|---|
| 53 | November 23, 2016 | Defendant Navient Solutions, Inc.'s Motion to Compel Compliance with Fed. R. Bankr. P. 2016(b) and 11 U.S.C. § 329(a) |
| 58 | December 5, 2016 | Defendant Navient Solutions, Inc.'s Objection to Plaintiffs' Motion to File Second Amended Complaint and to Dismiss SLM Corporation Without Prejudice |
| 63 | December 13, 2016 | Plaintiffs' Opposition to Defendant Navient Solutions, Inc.'s Motion to Compel Compliance with Fed. R. Bankr. P. 2016(b) and 11 U.S.C. § 329(a) |
| 73 | December 30, 2016 | Defendant Navient Solutions, Inc.'s Reply in Support of Motion to Compel Arbitration and Dismiss or Stay Pending Arbitration |
| 75 | January 3, 2017 | Defendant Navient Solutions, Inc.'s Reply in Support of Motion to Compel Compliance with Fed. R. Bankr. P. 2016(b) and 11 U.S.C. § 329(a) |
| 85 | January 10, 2017 | Order |
| 88 | January 13, 2017 | Transcript of January 13, 2017 Hearing |
| 94 | January 25, 2017 | Agreed Order |
| 95 | January 26, 2017 | Plaintiffs' Second Amended Complaint |
| 97 | February 17, 2017 | Notice of Name Change |
| 100 | February 27, 2017 | Plaintiffs Evan Brian Haas's and Michael Shahbazi's Motion for Preliminary Injunction and Limited Class Certification |
| 101 | February 27, 2017 | Motion to Dismiss Adversary Proceeding and to Strike Class Allegations by Navient Solutions, LLC and Navient Credit Finance Corporation |
| 102 | February 28, 2017 | Affidavit of Michael Shahbazi |
| 108 | March 20, 2017 | Defendants Navient Solutions, LLC's and Navient Credit Finance Corporation's Response in Opposition to Plaintiffs' Motion for Preliminary Injunction and Limited Class Certification |
| 111 | March 22, 2017 | Plaintiffs' Reply Memorandum in Support of Their Motion for Preliminary Injunction and Limited Class Certification |
| 114 | March 25, 2017 | Transcript of March 23, 2017 Hearing |
| 119 | April 7, 2017 | Plaintiffs Evan Brian Haas' and Michael Shahbazi's Motion and Incorporated Memorandum in Support of Their Motion for Appointment as Interim Class Counsel and Interim Lead Counsel |

| Docket Number | Date of Filing | Document Name |
|---|---|---|
| 120 | April 7, 2017 | Plaintiffs Evan Brian Haas' and Michael Shahbazi's Motion and Incorporated Memorandum in Support for Appointment as Interim Class Counsel and Interim Lead Counsel |
| 122 | April 11, 2017 | Agreed Order Regarding Voluntary Temporary Suspension of Collection Efforts |
| 124 | April 19, 2017 | Plaintiffs' Memorandum in Opposition to Motion to Dismiss Adversary Proceeding and to Strike Class Allegations by Navient Solutions, LLC and Navient Credit Finance Corporation |
| 125 | April 28, 2017 | Statement and Reservation of Rights |
| 126 | May 8, 2017 | Stipulated Protective Order |
| 127 | May 11, 2017 | Order Granting Plaintiffs Evan Brian Hass' and Michael Shahbazi's Motion for Appointment as Interim Class Counsel and Interim Lead Counsel |
| 132 | June 19, 2017 | Attorneys' Amended Disclosure of Postpetition Compensation Arrangement with Debtors Pursuant to Fed. R. Bankr. P. 2016(b) and 11 U.S.C. § 329(a) |
| 162 | November 10 2017 | Motion for Summary Judgment by Navient Solutions, LLC and Navient Credit Finance Corporation |
| 163 | November 10, 2017 | Memorandum of Law in Support of Motion for Summary Judgment by Navient Solutions, LLC and Navient Credit Finance Corporation |
| 171 | December 1, 2017 | Sealed Document[2] |
| 172 | December 1, 2017 | Plaintiffs' Motion for an Order Pursuant to Sections 105(A) and 107(B) of the Bankruptcy Code, Bankruptcy Rule 9018, and Bankruptcy Local Rule 9037-1 Authorizing the Filing Under Seal of Certain Confidential Information |
| 173 | December 1, 2017 | Plaintiffs' Memorandum of Law in Opposition to Motion for Summary Judgment by Navient Solutions, LLC and Navient Credit Finance Corporation |
| 178 | December 5, 2017 | Confidentiality Agreement and Protective Order |

---

[2] NSL and NCFC will move the U.S. Court of Appeals for the Fifth Circuit to accept the document under seal pursuant to Federal Rule of Bankruptcy Procedure 8009(f). *See* Fed. R. App. P. 6(c)(2)(A).

| **Docket Number** | **Date of Filing** | **Document Name** |
|---|---|---|
| 184 | December 22, 2017 | Reply in Support of Motion for Summary Judgment by Navient Solutions, LLC and Navient Credit Finance Corporation |
| 186 | January 23, 2018 | Unopposed Motion for Leave to File Third Amended Complaint |
| 191 | March 2, 2018 | Notice of Intent to Serve Subpoena *Duces Tecum* |
| 194 | March 6, 2018 | Plaintiffs' Third Amended Complaint |
| 197 | March 6, 2017 | Transcript of March 5, 2018 Hearing |
| 199 | March 9, 2018 | Notice of Supplemental Authority |
| 211 | March 26, 2018 | Order |
| 215 | April 5, 2018 | Notice of Appeal |
| 220 | April 6, 2018 | Order Certifying Direct Interlocutory Appeal |

Dated: April 19, 2018  
      Houston, Texas

NAVIENT SOLUTIONS, LLC AND  
NAVIENT CREDIT FINANCE CORPORATION

*/s/ Thomas M. Farrell*  
Thomas M. Farrell (TXB 06839250)  
Attorney-in-Charge  
McGuireWoods LLP  
JPMorgan Chase Tower  
600 Travis Street  
Suite 7500  
Houston, Texas 77002  
Telephone: 713.571.9191  
Facsimile: 713.571.9652  
E-mail: tfarrell@mcguirewoods.com

—and—

Dion W. Hayes (admitted *pro hac vice*)  
K. Elizabeth Sieg (admitted *pro hac vice*)  
Kyle R. Hosmer (admitted *pro hac vice*)  
McGuireWoods LLP  
Gateway Plaza  
800 East Canal Street  
Richmond, Virginia 23219  
Telephone: 804.775.1000

Facsimile: 804.698.2255
E-mail: dhayes@mcguirewoods.com
bsieg@mcguirewoods.com
khosmer@mcguirewoods.com

*Counsel to Navient Solutions, LLC and
Navient Credit Finance Corporation*

**CERTIFICATE OF SERVICE**

  I certify that on this 19th day of April, 2018, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                       */s/ Thomas M. Farrell*