

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
02/10/2021

| | |
|---|---|
| EVAN BRIAN CROCKER, on behalf of himself and all those similarly situated, § § § | Chapter 7 |
| Plaintiff, § | Case No. 15-35586 (DRJ) |
| v. § | Adv. Pro. No. 16-03175 (DRJ) |
| NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION, § § § | **DISTRICTWIDE CLASS ACTION** |
| Defendants. § | |

**ORDER**   (Docket No. 304)

Considering the foregoing *Emergency Motion to Withdraw Austin C. Smith of the Smith Law Group LLP and the Smith Law Group LLP as Counsel of Record and Interim Class Counsel* filed by Plaintiff,

IT IS HEREBY ORDERED that Austin C. Smith of the Smith Law Group LLP and the Smith Law Group LLP are withdrawn as counsel of record and as Interim Class Counsel.   All rights to compensation and reimbursement of expenses are forfeited.

Signed:  February 10, 2021.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

3585086v.1