# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| EVAN BRIAN CROCKER, on behalf of himself and all those similarly situated, | § § § § | • Chapter 7 |
| Plaintiffs, | § § § | • Case No. 15-35586 (DRJ) |
| v. | § § | • Adv. Pro. No. 16-03175 (DRJ) |
| NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION | § § § § | **CLASS ACTION** |
| Defendants. | § § | |

## PLAINTIFF'S PRELIMINARY APPROVAL HEARING
## WITNESS AND EXHIBIT LIST

| WITNESSES:[1] | |
|---|---|
| **WILL CALL** | |
| 1) Evan Brian Crocker | Judge: David R. Jones |
| | Hearing Date: 8/13/2021<br>Hearing Time: 10:00 A.M. |
| | Party's Name: Plaintiff, Evan Brian Crocker |
| | Attorney's Name: Jason W. Burge<br>Attorney's Phone: (504) 586-5241 |
| | Nature of Proceeding: Plaintiff Evan Brian Crocker's Motion for Preliminary Approval of Class Action Settlement |
| | |

---

[1] Plaintiff reserves the right to supplement or amend this Witness List as necessary.

3610478v.1

## EXHIBITS[2]

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | Settlement Agreement and Release (R. Doc. 346-3) | | | | |
| 2 | Notice of Proposed Settlement of Class Action (R. Doc. 346-6) | | | | |
| 3 | Declaration of Jason W. Burge in Support of Plaintiff's Motion for Preliminary Approval (R. Doc. 346-2) | | | | |
| 4 | Covered Loan List (R. Doc. 346-5) | | | | |
| 5 | Defendants' Objections & Responses to Plaintiff's First Set of Interrogatories in Homaidan v. Navient (Ex. S to Crocker Class Certification Brief), CROCKERCERT000282 | | | | |
| 6 | Crocker Application and Promissory Note, HAAS000001-9, CROCKERCERT000995 | | | | |
| 7 | Crocker Chapter 7 Voluntary Petition, CROCKERCERT000964 | | | | |
| 8 | Crocker Order Discharging Chapter 7 Debtor, HAAS000013-14, CROCKERCERT001009 | | | | |
| 9 | June 10, 2016 Email from Navient to Crocker, CROCKERCERT001011 | | | | |
| 10 | Navient/Sallie Mae's Collection Attempts, CROCKERCERT001012 | | | | |

---

[2] Without waiving the right to object to the admissibility of such exhibits, Plaintiff reserves the right to use any other party's designated exhibits, including for purposes of authentication, impeachment, or rebuttal, and to supplement and otherwise revise this Exhibit List as necessary. Plaintiff may introduce portions, excerpts or enlargements of these exhibits at the hearing.

3610478v.1

Dated: August 11, 2021                    Respectfully submitted,

                                          By:    /s/ *Jason W. Burge*
                                                 Jason W. Burge (*pro hac vice*)
                                                 SBN (LA) 30420
                                                 FISHMAN HAYGOOD L.L.P.
                                                 201 St. Charles Avenue, 46th Floor
                                                 New Orleans, Louisiana 70170-4600
                                                 (504) 586-5252; (504) 586-5250 fax
                                                 jburge@fishmanhaygood.com

                                                 Lynn E. Swanson (*pro hac vice*)
                                                 SBN (LA) 22650
                                                 JONES, SWANSON, HUDDELL &
                                                 DASCHBACH, L.L.C.
                                                 601 Poydras Street, Suite 2655
                                                 New Orleans, Louisiana 70130
                                                 (504) 523-2500; (504) 523-2508
                                                 Lswanson@jonesswanson.com

                                                 Joshua B. Kons (*pro hac vice*)
                                                 SBN (IL) 6304853
                                                 LAW OFFICES OF JOSHUA B. KONS,
                                                 LLC
                                                 939 West North Avenue, Suite 750
                                                 Chicago, IL 60642
                                                 (312) 757-2272
                                                 joshuakons@konslaw.com

                                                 Brendon Singh
                                                 SBN (TX) 2407646
                                                 CORRAL TRAN SINGH, LLP
                                                 440 Louisiana St, Suite 2450
                                                 Houston, TX 77002
                                                 (832) 975-7300; (832) 975-7301 fax
                                                 brendon.singh@ctsattorneys.com

                                                 Marc Douglas Myers
                                                 SBN (TX) 00797133
                                                 ROSS, BANKS, MAY, CRON & CAVIN,
                                                 P.C.
                                                 7700 San Felipe, Suite 550
                                                 Houston, Texas 77063
                                                 (713) 626-1200; (713) 623-6014 fax
                                                 mmyers@rossbanks.com
                                                 **Counsel to Plaintiff**

3610478v.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 11th day of August, 2021, a true and correct copy of the foregoing was served via Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned proceeding.

/s/ <i>Jason W. Burge</i>

Jason W. Burge
