# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EVAN BRIAN CROCKER on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION,<br><br>Defendants. | Case Number 15-35586 (DRJ)<br><br>Chapter 7<br><br>Adv. Pro. No. 16-03175 (DRJ) |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

***EXPEDITED RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EXPEDITED BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF, OR IF YOU BELIEVE THAT EXPEDITED CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.***

**PER DOCKET NO. 355, THE COURT ORDERED THE FINAL APPROVAL HEARING TO TAKE PLACE ON DECEMBER 1, 2021, AND THIS MOTION TO BE FILED FOURTEEN DAYS PRIOR TO THE HEARING, OR ON NOVEMBER 17, 2021**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY**

Class Counsel for Plaintiff Evan Brian Crocker ("Crocker"), on behalf of himself and all others similarly situated (collectively, "Plaintiffs"), respectfully submit this Motion for Attorneys' Fees, Expenses and Class Representative Service Fee pursuant to Fed. R. Civ. P. 23(h).

For the reasons set forth in the accompanying Memorandum of Law in Support, Class Counsel respectfully move this Court for an Order awarding Class Counsel legal fees of $3.65 million, as well as reimbursement of $413,427.21 in costs and a $15,000 Class Representative service award, in conjunction with the proposed Settlement Agreement with Defendants Navient Solutions, LLC and Navient Credit Finance Corporation (collectively, "Navient" or "Defendants").

Dated: November 17, 2021.

Respectfully submitted,

By: */s/ Jason W. Burge*
Jason W. Burge (*pro hac vice*)
SBN (LA) 30420
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
jburge@fishmanhaygood.com

Lynn E. Swanson (*pro hac vice*)
SBN (LA) 22650
JONES SWANSON HUDDELL &
DASCHBACH LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
(504) 523-2500; (504) 523-2508
lswanson@jonesswanson.com

3627493v.1

George F. Carpinello
Adam R. Shaw
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street
Albany, NY 12207
(518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

Joshua B. Kons (*pro hac vice*)
SBN (IL) 6304853
LAW OFFICES OF JOSHUA B. KONS, LLC
939 West North Avenue, Suite 750
Chicago, IL 60642 (312) 757-2272
joshuakons@konslaw.com

Susan Tran Adams
SBN (TX) 24075648
Brendon Singh
SBN (TX) 2407646
TRAN SINGH, LLP
2502 LaBranch Street
Houston, TX 77004
(832) 975-7300; (832) 975-7301 fax
stran@ts-llp.com
bsingh@ts-llp.com

Marc Douglas Myers
SBN (TX) 00797133
ROSS, BANKS, MAY, CRON & CAVIN P.C.
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com

*Counsel to Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of November, 2021, a true and correct copy of the above pleading was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned proceeding.

*/s/ Jason W. Burge*
Jason W. Burge

3627493v.1