United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2022
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| EVAN BRIAN CROCKER on behalf of himself and all those similarly situated,<br><br>        Plaintiff, | Case Number 15-35586 (DRJ)<br><br>Chapter 7<br><br>Adv. Pro. No. 16-03175 (DRJ) |
| NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION,<br><br>        Defendants. | |

### ORDER AS TO ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD

This matter came before the Court for hearing pursuant to the Order of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered August 16, 2021, on the application of Class Counsel for approval of the Attorneys' Fees, Litigation Expenses, and a Class Representative Service Award, as set forth in the Settlement Agreement and Release dated August 4, 2021 (the "Agreement"). On August 16, 2021, the Bankruptcy Court granted preliminary approval to the proposed class action settlement set forth in the Agreement between Plaintiffs Evan Brian Crocker ("Class Representative"), on behalf of himself and all members of the Class, and Navient Solutions, LLC and Navient Credit Finance Corporation (together, "Navient"). In that Preliminary Approval Order, the Bankruptcy Court set a Final Approval Hearing to take place on December 1, 2021. As a result of a delay in one of the notifications required by the United States Code's Class Action Fairness Act, the Final Approval Hearing was continued to March 4, 2022.

1

On March 4, 2022, this Court held a duly noticed Final Approval Hearing to consider: (1) whether the terms and conditions of the Agreement are fair, reasonable and adequate; (2) whether a judgment should be entered dismissing the Class Representative's Released Claims on the merits and with prejudice; (3) whether and in what amount to award attorneys' fees and expenses to Class Counsel for the Class; and (4) whether and in what amount to provide Class Representative Evan Brian Crocker an award for his representation of the Class. This Order addresses the issues of Attorneys' Fees, Litigation Expenses, and the Class Representative Service Award, which were considered separately from the Judgment and Order relating to the final approvals of the terms and conditions of the Agreement, and the dismissal with prejudice of the Action, both subject to a Proposed Judgment and Order filed into the record at Rec. Doc. No. 363.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      **Attorneys' Fees**. The Court awards Attorneys' Fees to Class Counsel in the amount of $3,650,000.00, which was negotiated separately and which is to be paid by Navient separately from the funds to be received by Class Members.

2.      **Litigation Expenses**. The Court awards the reimbursement of Litigation Expenses by Navient to Class Counsel in the amount of $413,427.21, representing actual expenses reasonably incurred by Class Counsel, and necessary for the prosecution of this Class Action.

3.      **Class Representative Service Award**. The Court awards Evan Brian Crocker $15,000.00 as a Class Representative Service Award for his substantial participation in this case.

IT IS SO ORDERED.

DATED:   _____March 11, 2022_____

_____
U.S. DISTRICT JUDGE ROSENTHAL